AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

THOMAS SMITH        **JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 05-CV-58S(F)

v.

KEVIN PAWLOWSKI, et al.,

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Plaintiff's motion for leave to proceed *in forma pauperis* is granted; that the Plaintiff's motion for appointment of counsel is denied as moot; that the Complaint is Dismissed and that leave to appeal to the Court of Appeals as a poor person is denied.

Date: August 17, 2005        RODNEY C. EARLY, CLERK

       By: s/Suzanne Grunzweig
            Deputy Clerk